Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000

Mitchell G. Stockwell (admitted *pro hac vice*)
mstockwell@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: 404.815.6500

Attorneys for Plaintiffs

Kenneth R. Davis II, OSB No. 971132
davisk@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158
Telephone: 503.778.2121

Mark A. Samuels (admitted *pro hac vice*)
msamuels@omm.com
Brian M. Berliner (admitted *pro hac vice*)
bberliner@omm.com
Jeffrey A. Barker (admitted *pro hac vice*)
jbarker@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street, Suite 1800
Los Angeles, CA 90071
Telephone: 213.430.6000

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ADIDAS AMERICA, INC.**, an Oregon corporation; and **ADIDAS AG**, a foreign entity,<br><br>        Plaintiffs,<br><br>   v.<br><br>**SKECHERS USA, INC.**, a Delaware corporation,<br><br>        Defendant. | No. 3:16-cv-01400-SI<br><br>**STIPULATION OF DISMISSAL**<br><br>By All Parties<br><br>Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) |

1- STIPULATION OF DISMISSAL

21184-0117/LEGAL140035839.1

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs adidas America, Inc. and adidas AG, on the one hand, and Defendant Skechers USA, Inc., on the other hand, hereby stipulate to the dismissal with prejudice of all claims asserted in this action.

Each of the parties to this Stipulation of Dismissal shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

IT IS SO STIPULATED:

Dated:  May 29, 2018

| **PERKINS COIE LLP** | **LANE POWELL PC** |
|---|---|
| By: */s/ Stephen M. Feldman*<br>Stephen M. Feldman, OSB No. 932674<br>SFeldman@perkinscoie.com<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, OR  97209-4128<br>Telephone:  503.727.2000 | By  */s/Mark A. Samuels*<br>Kenneth R. Davis II, OSB No. 971132<br>davisk@lanepowell.com<br>601 SW Second Avenue, Suite 2100<br>Portland, OR  97204-3158<br>Telephone:  503.778.2121 |
| Mitchell G. Stockwell (admitted *pro hac vice*)<br>mstockwell@kilpatricktownsend.com<br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>Telephone:  404.815.6500 | Mark A. Samuels (admitted *pro hac vice*)<br>msamuels@omm.com<br>Brian M. Berliner (admitted *pro hac vice*)<br>bberliner@omm.com<br>Jeffrey A. Barker (admitted *pro hac vice*)<br>jbarker@omm.com<br>**O'MELVENY & MYERS LLP**<br>400 S. Hope Street, Suite 1800<br>Los Angeles, CA 90071<br>Telephone:  213.430.6000 |
| Matias Ferrario (admitted *pro hac vice*)<br>mferrario@kilpatricktownsend.com<br>Michael T. Morlock (admitted *pro hac vice*)<br>mmorlock@kilpatricktownsend.com<br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>1001 West Fourth Street<br>Winston-Salem, NC 27101-2400<br>Telephone:  336.607.7300 | Attorneys for Defendant |
| Attorneys for Plaintiffs | |

2-   STIPULATION OF DISMISSAL

21184-0117/LEGAL140035839.1

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222